THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CASEY A. JEFFERSON, Also Known as CASEY RIGGINS, Appellant. [978 NYS2d 707]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered October 13, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Centra, Carni, Sconiers and Whalen, JJ.